```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 13895
    MARVIN CHEERS
    LINETTE A CHEERS                          CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-8236    SSN XXX-XX-9201

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 04/08/2004 and was confirmed 06/09/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 12/27/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------
CITIMORTGAGE               CURRENT MORTG         .00          .00            .00
CITIMORTGAGE               MORTGAGE ARRE    25873.10          .00       25873.10
CMC MUSIC SCHOOL           SECURED            100.00         6.69         100.00
CMC MUSIC SCHOOL           UNSECURED          634.94          .00         634.94
GREATER SUBURBAN ACCEPTA   SECURED           8550.00       3252.98        8550.00
GREATER SUBURBAN ACCEPTA   UNSECURED         6755.18          .00        6755.18
HAUSELMAN & RAPPIN         NOTICE ONLY      NOT FILED         .00            .00
ONYX ACCEPTANCE CORP       SECURED           2045.70        198.39        2045.70
ONYX ACCEPTANCE CORP       UNSECURED             .00          .00            .00
ILLINOIS DEPT PUBLIC AID   PRIORITY        NOT FILED         .00            .00
ILLINOIS DEPT PUBLIC AID   PRIORITY        NOT FILED         .00            .00
TCF                        UNSECURED       NOT FILED         .00            .00
ACE                        UNSECURED       NOT FILED         .00            .00
AMERICAN MEDICAL COLLECT   UNSECURED       NOT FILED         .00            .00
AT & T WIRELESS            UNSECURED       NOT FILED         .00            .00
CARDIOVASCULAR CONSULTAN   UNSECURED       NOT FILED         .00            .00
CHICAGOS FINEST CARPET     UNSECURED       NOT FILED         .00            .00
CITY OF CHICAGO PARKING    UNSECURED          540.00          .00         540.00
COLLECTECH SYSTEMS~        UNSECURED       NOT FILED         .00            .00
CUSTOMIZED AUTO CREDIT     NOTICE ONLY     NOT FILED         .00            .00
OLIVER TAYLOR MD           UNSECURED       NOT FILED         .00            .00
GENISIS FINANCIAL SOLUTI   UNSECURED       NOT FILED         .00            .00
ILLINOIS COLLECTION SERV   UNSECURED       NOT FILED         .00            .00
ILLINOIS DEPT OF EMPLOYM   UNSECURED         1233.00          .00        1233.00
CHICAGOS FINEST CARPET     UNSECURED       NOT FILED         .00            .00
LITTLE CO MARY HOSP PROF   UNSECURED       NOT FILED         .00            .00
LITTLE CO MARY HOSP PROF   UNSECURED       NOT FILED         .00            .00
MALCOLM S GERALD & ASSOC   UNSECURED       NOT FILED         .00            .00
MCI                        UNSECURED       NOT FILED         .00            .00
MICHAEL REESE EMERGENCY    UNSECURED       NOT FILED         .00            .00
EMERGENCY SERVICES         UNSECURED       NOT FILED         .00            .00
PAR DENTAL                 UNSECURED       NOT FILED         .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 13895 MARVIN CHEERS & LINETTE A CHEERS
```

```
QUEST DIAGNOSTICS INC     UNSECURED      NOT FILED                .00              .00
RISK MANAGEMENT           UNSECURED      NOT FILED                .00              .00
TCF CAPITAL CARD          UNSECURED      NOT FILED                .00              .00
TOOTH FAIR WORLD          UNSECURED      NOT FILED                .00              .00
UNITED CREDIT NATIONAL B  UNSECURED      NOT FILED                .00              .00
GE CAPITAL                UNSECURED            .00                .00              .00
LEGAL HELPERS PC          DEBTOR ATTY    1,350.00                            1,350.00
TOM VAUGHN                TRUSTEE                                            2,812.38
DEBTOR REFUND             REFUND                                             1,071.35

        Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                54,423.71

PRIORITY                                             .00
SECURED                                        36,568.80
    INTEREST                                    3,458.06
UNSECURED                                       9,163.12
ADMINISTRATIVE                                  1,350.00
TRUSTEE COMPENSATION                            2,812.38
DEBTOR REFUND                                   1,071.35
                       ---------------     ---------------
TOTALS                 54,423.71               54,423.71
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 03/27/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE